AO 106 (Rev. 04/10) Application for a Search Warrant

AUTHORIZED AND APPROVED/DATE: s/ JACKIE HUTZELL 10/23/26

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

FILED

1:55 pm, Oct 23, 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: LDC, Deputy Clerk

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Buccal swab of the interior cheek area of the mouth of Laurent Cortez Young, Jr, in order to obtain Deoxyribonucleic Acid ("DNA")

Case No. MJ-26- 510 -STE

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Laurent Cortez Young, Jr, black male, DOB XX-XX-2001 and Grady County Jail, USMS # 01749-509

located in the Western District of Oklahoma, there is now concealed *(identify the person or describe the property to be seized)*:
Saliva, for purpose of conducting DNA testing.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

The application is based on these facts:
See affidavit in support of application for search warrant, incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of ______ days (give exact ending date if more than 30 days: __________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

ITZEL TORRES, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 23, 2026

[signature: Shon T. Erwin]
*Judge's signature*

City and state: Oklahoma City, Oklahoma

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| IN THE MATTER OF THE SEARCH OF THE PERSON OF LAURENT CORTEZ, YOUNG JR., TO SEIZE A SAMPLE OF DEOXYRIBONUCLEIC ACID (DNA) | Case No. M-26- 510 -STE |
|---|---|

**AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT**

I, Itzel Torres, Special Agent with the Federal Bureau of Investigation, having been duly sworn, depose and state under oath as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the Oklahoma City Field Officer, and have been so employed since October 2024. As such, I am an investigative and federal law enforcement officer of the United States authorized to conduct investigations of, and to make arrests and seizures for, offenses enumerated in Title 18 and Title 21 of the United States Code.

2. As part of my duties as a Special Agent, I investigate criminal violations relating to the illegal possession of firearms and trafficking in illegal narcotics. As a result of my training and experience, as well as information provided by other federal agents with applicable knowledge, I am familiar with the tactics, behaviors, methods, and techniques of those who illegally possess firearms and sell drugs.

3. I make this affidavit in support of the issuance of a search warrant to search the person of **Laurent Cortez Young, Jr., (YOUNG)** (BM; DOB: XX/XX/2001), to seize

a deoxyribonucleic acid (DNA) sample from **YOUNG** as evidence of a crime. This DNA sample is necessary for comparison to unknown forensic evidence collected from a firearm which was in close proximity to **YOUNG** at the time of his arrest on August 22, 2026.

4. Based on my training and experience, I know that it is possible and likely to transfer DNA onto most items that a person touches or otherwise comes into contact with, including firearms and ammunition. The retrieval of a DNA sample from **YOUNG** will allow forensic comparison against any DNA recovered from the above-mentioned firearm, which was recovered at a location where **YOUNG** was arrested.

5. Through my training and experience, I know DNA can be found in both the blood and saliva of a human being. I also know DNA can be collected in a relatively unobtrusive manner by utilizing a buccal swab to obtain a saliva sample from the inside of a subject's mouth. If authorized by court order, law enforcement intends to collect a buccal swab from **YOUNG** to obtain a DNA sample for comparison purposes. The intended manner of collecting **YOUNG's** DNA on a buccal swab will be to use a swab inside the cheek of **YOUNG's** mouth.

6. This Affidavit contains information necessary to support probable cause for this application for a search warrant. It is not intended to include every fact or matter observed by me or known by law enforcement. While some of the information provided herein is based on my personal knowledge and observations, most of the information was conveyed to me by other law enforcement officials and obtained from my review of records, documents, and other physical evidence collected during the course of this investigation.

## BACKGROUND OF INVESTIGATION

7. On November 23, 2020, Laurent Cortez Young, Jr., (**YOUNG**) was sentenced to 14 months in BOP custody following a guilty plea to a violation of 18 U.S.C § 922(g)(3) (drug user in possession of a firearm) in the United States District Court of the Western District of Oklahoma, Case No. 20-CR-33-R.

8. On August 22, 2026, officers with OCPD's Violent Crime Apprehension Team (VCAT) were patrolling the area of the OKC Event Center located at 2501 NE 23rd Street, Oklahoma City, OK 73111. Law enforcement observed a gray Chevrolet Tahoe with Muskogee Nation tag JHJ19 backed in on the west side of the building. A male, who was later identified as **YOUNG**, was observed in the back middle passenger seat of the vehicle and appeared to be asleep. When officers approached the vehicle to check on **YOUNG**, they observed **YOUNG** wake up and start to roll a marijuana blunt. When asked if he had a medical marijuana card, **YOUNG** stated he did not have one.

9. As law enforcement made contact with **YOUNG**, officers observed another male, later identified as a 15-year-old juvenile, who also appeared to be asleep in the back middle passenger seat on the driver side of the vehicle. As the juvenile was being detained, officers located a Canik TP9sf pistol under his left armpit. When asked by law enforcement if he had any other firearms, the juvenile stated the one located under his armpit was the one only he had. The juvenile has three felony adjudications including possession of a firearm after adjudication conviction on April 25, 2025. The juvenile had a tattoo of an "H" in the middle of a larger star, a common tattoo for the 107 Hoover Crip street gang, which is a subset of the Crips that is local to Oklahoma City, Oklahoma.

10. Law enforcement then ordered **YOUNG** to exit the vehicle. **YOUNG** was not following simple instructions and made furtive movements towards the center of the backseat as law enforcement opened his door. As he was being placed in a pat-frisk position, **YOUNG**, who was overly sweaty, pulled out of the officer's grip and ran, initiating a foot pursuit. The officer pursued **YOUNG** but eventually lost sight of him. **YOUNG** was later located by the OCPD helicopter bedded down in bushes not far from where he was last seen. **YOUNG** was then taken into custody.

11. Officers then executed a probable cause search of the Tahoe based on presence of marijuana and **YOUNG** obstructing an officer. Officers located a Sig Sauer P320, bearing serial number 58J565850 on the back passenger side floorboard, just under the front passenger side seat. The firearm was magazine and chamber loaded. The underside of the front passenger side seat was packed with trash and miscellaneous items, which would have prevented the firearm from sliding back to where it was located. Based on where the firearm was located and how it was positioned, law enforcement believed it was placed there by **YOUNG**.

12. Oklahoma City Police Department records reflect that **YOUNG** is a member of the Playboy Gangster Crips, a subset of the Crips that is local to Oklahoma City, Oklahoma.

13. Based on the proximity of the firearm recovered at the time of **YOUNG's** arrest, and the fact that no one else had access to the vehicle at the time of the search, there is reason to believe that **YOUNG** possessed the firearm located on the back passenger side floorboard, where **YOUNG** was located.

14. Based on my training and experience, I know that those who handle a firearm can leave DNA evidence behind on the firearm and that DNA analysis is an investigative tool that can assist law enforcement in tying specific individuals to specific firearms.

15. Based on these facts, I respectfully submit that there is probable cause to believe that **YOUNG** committed the offense of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), and that a search of **YOUNG's** person to obtain a DNA sample will yield evidence that may further link him to possessing the Sig Sauer, P320, bearing serial number 58J565850, recovered at the time of his arrest. I, therefore, respectfully request that a search warrant be issued authorizing the search of the person to obtain two buccal swab DNA samples from the mouth of **YOUNG**. Should this search warrant issue, agents/officers will obtain these samples in the normally accepted forensic manner. The DNA samples collected from **YOUNG** will be compared to any and all DNA recovered from the handgun seized on August 22, 2026, at the time of **YOUNG's** arrest.

FURTHER AFFIANT SAYETH NOT

ITZEL TORRES
Special Agent,
Federal Bureau of Investigation

**SUBSCRIBED AND SWORN** to before me on this 23rd day of October 2026.

SHON T. ERWIN
United States Magistrate Judge
Western District of Oklahoma